JS-6

1  Robert Weikert, CA Bar No. 121146
   rweikert@nixonpeabody.com
2  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
3  San Francisco, California 94111-3600
   Tel: (415) 984-8200
4  Fax: (415) 984-8300

5  Attorneys for Plaintiff
   S & S HAWAII B.B.Q., LLC

FILED
JAN 22 2013
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| S & S HAWAII B.B.Q., LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>CARRIE LUTKE dba ONO MEANS DELICIOUS,<br><br>Defendant. | Case No. 8:12-cv-01955-AG-MLG<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

In order to effectuate and implement the Confidential Settlement Agreement by and between the parties to this action, and the parties having submitted themselves to the Court's jurisdiction and having stipulated to the entry of this Consent Judgment and Permanent Injunction, and the Court having found that entry of this Consent Judgment and Permanent Injunction is necessary and proper to consummate the settlement and resolution of this action pursuant to this stipulation;

NOW, THEREFORE, upon agreement of the parties, it is ORDERED, ADJUDICATED, and DECREED as follows:

1.  As alleged in the Complaint in this action, approximately forty (40) restaurants are operated in California and Arizona under Plaintiff S & S's ONO,

ONO HAWAIIAN BBQ and ONO HAWAII BBQ service marks, and the marks have been continuously used since October 2002 for restaurant services.

2. As alleged in the Complaint in this action, Plaintiff S & S is the owner of a number of federally registered service marks, including the following: Registration No. 3710831, filed December 19, 2006 and registered November 17, 2009, for ONO HAWAIIAN BBQ® for "fast food and non-stop restaurant services; restaurant services," in International Class 43; Registration No. 3710832, filed December 19, 2006 and registered November 17, 2009, for ONO HAWAII BBQ® for "fast food and non-stop restaurant services; restaurant services," in International Class 43; Registration No. 3769281, filed May 5, 2003 and registered March 30, 2010, for ONO HAWAIIAN BBQ & Design® for "quick service restaurant serving international food such as Japanese, Chinese, Philipino, American, Polynesian and Hawaiian food," in International Class 43; Registration No. 4101070, filed November 30, 2010 and registered February 21, 2012, for ONO HAWAIIAN BBQ & Design® for "restaurant and catering services; restaurant services; take-out restaurant services," in International Class 43; Registration No. 4101069, filed November 30, 2010 and registered February 21, 2012, for ONO® for "restaurant services and catering services; restaurant services; take-out restaurant services," in International Class 43 (collectively the "ONO Marks").

3. The ONO Marks are valid and enforceable and constitute service marks of Plaintiff S & S for the services listed in the registrations therefor and substantially related services.

4. Defendant Carrie Lutke acknowledges the existence and validity in the United States of Plaintiff S & S's ONO Marks and the ownership thereof by Plaintiff S & S.

5. As alleged in the Complaint, in or about April 2012, Defendant Carrie Lutke began doing business as and using the business name, trade name,

trademark, and service mark "ONO MEANS DELICIOUS," in connection with the operation of a restaurant in competition with Plaintiff S & S.

6. Defendants Carrie Lutke's use of the term "ONO MEANS DELICIOUS" in connection with restaurant services is likely to cause confusion, mistake and deception as to whether her restaurant business is affiliated with, sponsored by, or otherwise connected to S & S's restaurants. Defendant Carrie Lutke represents and avers that she has recently sold her restaurant and ceased using the term "ONO MEANS DELICIOUS."

7. Defendant Carrie Lutke, on her own behalf and dba ONO MEANS DELICIOUS, and on behalf of her agents, representatives, consultants, servants, employees, affiliates, attorneys, administrators, heirs, successors, assigns, ~~and all persons~~ who receive notice of this document acting in concert or participation with her and them (collectively "Lutke"), are hereby permanently ENJOINED from any and all uses of the alleged trademark ONO MEANS DELICIOUS, any business or trade name, trademark, service mark, or domain name containing the term "ONO," or any of the ONO Marks. Lutke is also permanently ENJOINED from any and all use of any confusingly similar designation.

8. Except insofar as the parties have stipulated to the entry of the permanent injunctive relief described herein, all claims are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

9. Each of the parties hereto has had the opportunity to consult legal counsel in connection with the preparation and terms of this Consent Judgment and Permanent Injunction, and the stipulation for its entry by the Court in this action.

10. This Court shall retain continuing jurisdiction over the parties for the purpose of entering enforcement orders in connection with this Consent Judgment and Permanent Injunction, and in connection with the Confidential Settlement Agreement and for the purpose of awarding such other and further ancillary relief as may be proper in the circumstances of any such enforcement action.

1
2  Dated:     January 15, 2013          NIXON PEABODY LLP
3
4                                       By: /s/ Robert A. Weikert
                                           Robert A. Weikert
5                                          Attorneys for Plaintiff
                                           S & S HAWAII B.B.Q., LLC
6
7
8  Dated:     January 15, 2013          CARRIE LUTKE
9
10                                      By: _____
                                           Carrie Lutke dba ONO
11                                         MEANS DELICIOUS
12
13
14
15
16 SO ORDERED:
17
   Dated: January 22, 2013
18                                      _____
                                        Andrew J. Guilford
19                                      UNITED STATES DISTRICT COURT
                                        JUDGE
20
21
22
23
24
25
26
27
28